# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 28, 2016

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106

Re:  Casimir Czyzewski, et al.
     v. Jevic Holding Corp., et al.
     No. 15-649
     (Your No. 14-1465)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

**Scott S. Harris**, Clerk