# Supreme Court of the United States

No. 15-649

CASIMIR CZYZEWSKI, ET AL.,

Petitioners

v.

JEVIC HOLDING CORP., ET AL.

ON WRIT OF CERTIORARI to the United States Court of Appeals for the Third Circuit.

THIS CAUSE came on to be heard on the transcript of the record from the above court and was argued by counsel.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Third Circuit for further proceedings consistent with the opinion of this Court.

IT IS FURTHER ORDERED that the petitioners Casimir Czyzewski, et al. recover from Jevic Holding Corp., et al., Six Thousand Three Hundred and Eighty-six Dollars and Forty-four Cents ($6,386.44) for costs herein expended.

March 22, 2017

Printing of record:   $6,086.44
Clerk's costs:           300.00
Total:                $6,386.44

A True Copy SCOTT S. HARRIS
Test:
Clerk of the Supreme Court of the United States
By: *[signature]* Rapp